# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **PANTECH CORPORATION and PANTECH WIRELESS, LLC,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**ASUSTEK COMPUTER INC.,**<br><br>*Defendant.* | Case No. 5:21-cv-00105-RWS<br><br>JURY TRIAL DEMANDED |

### PLAINTIFFS PANTECH CORPORATION AND PANTECH WIRELESS, LLC'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT

Plaintiffs Pantech Corporation and Pantech Wireless, LLC (collectively, "Pantech") respectfully request that the Court enter judgment in favor of Pantech and against the Defendant ASUSTeK Computer Inc. ("ASUS"), in accordance with the offer of judgment attached hereto as Exhibit A, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure and the Notice of Acceptance of Offer of Judgment filed by Pantech on December 14, 2021 (Dkt. No. 12). ASUS does not oppose this motion.

Dated: December 20, 2021

Respectfully submitted,

*/s/ Geoffrey Culbertson*
Geoffrey Culbertson
Kelly Tidwell
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Blvd. (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
(P) (903) 792-7080
(F) (903) 792-8233
gpc@texarkanalaw.com

kbt@texarkanalaw.com

James A. Fussell, III
Tiffany A. Miller
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jfussell@mayerbrown.com
tmiller@mayerbrown.com


*COUNSEL FOR PLAINTIFFS
PANTECH CORPORATION
AND PANTECH WIRELESS,
LLC*

2

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of December, 2021, with of a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                            */s/ Geoffrey Culbertson*
                                            Geoffrey Culbertson

## CERTIFICATE OF CONFERENCE

      This is to certify that counsel for Plaintiffs have conferred with Defendant ASUSTeK Computer Inc. concerning this motion and Defendant does not oppose the motion.

                                            */s/ Geoffrey Culbertson*
                                            Geoffrey Culbertson