# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No: 5:21-CV-00105-RWS ) |
| ASUSTEK COMPUTER INC. | ) ) |
| Defendant. | ) ) ) |

## OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

To Plaintiffs Pantech Corporation and Pantech Wireless, LLC and its attorneys of record:

Defendant ASUSTeK Computer Inc. ("Defendant") hereby offers to allow judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of plaintiffs Pantech Corporation and Pantech Wireless, LLC ("Plaintiffs") and against Defendant in the sum of $7,000 (seven thousand dollars). This shall be the total amount to be paid by Defendant on account of any liability claimed in this action, including all costs of suit and attorneys' fees otherwise recoverable in this action by Plaintiffs, and for all claims that Plaintiffs have raised or could have raised in this matter.

This offer is made pursuant to the provision of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the offer within 14 days of the date that this offer is served on you.

The sum set out in this offer includes all costs incurred to date. For the avoidance of doubt, the sum set out in this offer, should Plaintiff accept it, shall be Defendant's entire liability to

Plaintiffs, in law, equity, or otherwise, for any claim that Plaintiffs have raised or could have raised in this matter.

This offer of judgment is made for the purposes of Rule 68 only, and neither it nor any judgment that may result from this offer may be construed as an admission either of liability on the part of ASUSTeK Computer Inc. or that Plaintiffs have suffered any injury or damage.

Respectfully submitted,

**ERISE IP, P.A.**

*/s/ Michelle L. Marriott*
Michelle L. Marriott
7015 College Blvd, Suite 700
Overland Park, KS 66211
Email: michelle.marriott@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

*ATTORNEY FOR DEFENDANT ASUSTEK COMPUTER INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2021, the foregoing was electronically served on all counsel of record.

*/s/ Michelle L. Marriott*
Michelle L. Marriott