IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **PANTECH CORPORATION and PANTECH WIRELESS, LLC,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**ASUSTEK COMPUTER INC.,**<br><br>*Defendant.* | Case No. 5:21-cv-00105-RWS<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiffs Pantech Corporation and Pantech Wireless, LLC's Unopposed Motion for Entry of Judgment. Docket No. 15. Having considered the motion and related Notice of Acceptance of Offer of Judgment Pursuant to Rule 68 (Docket No. 12), the Court believes that the motion should be **GRANTED**. It is

**ORDERED** that the Clerk of Court enter judgment in favor of Plaintiffs Pantech Corporation and Pantech Wireless, LLC and against ASUSTeK Computer Inc. in the sum of $7,000 (seven thousand dollars) with the parties to bear their own costs and fees.

So ORDERED and SIGNED this 27th day of December, 2021.

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE